**Order entered January 29, 2015**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-14-00071-CR

**THE STATE OF TEXAS, Appellant**

**V.**

**JOHN MARSHALL LOWRY, Appellee**

**On Appeal from the 416th Judicial District Court
Collin County, Texas
Trial Court Cause No. 416-82372-2012**

## ORDER

Based on the Court's opinion of this date, we **DIRECT** the Clerk to issue the mandate in this appeal **INSTANTER**.

/s/       DAVID L. BRIDGES
            JUSTICE